**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-111** |
| **v.** | * | **SECTION "H"** |
| **ADRIAN DEXTER TALBOT, M.D.** | * | |

* * *

**UNITED STATES' MOTION TO REVOKE DEFENDANT'S BOND, FOR CIVIL CONTEMPT, TO DISQUALIFY COUNSEL FOR GOVERNMENT WITNESSES, AND TO ENFORCE PROTECTIVE ORDER**

**NOW INTO COURT**, through undersigned counsel comes the United States of America, who respectfully moves this Honorable Court to (1) revoke the bond of defendant Adrian Dexter Talbot, M.D. ("Defendant") and hold him in custody pending trial; (2) hold Defendant's curatrix, Geraldine Broussard Baloney, in contempt of court for her violation of court orders; (3) disqualify attorney N. Blake Peters and the law firm of Burgos & Associates, L.L.C. from representing any witnesses in this proceeding on the basis of conflict of interest; and (4) enforce the Protective Order [ECF No. 112] in this matter. For the reasons more fully set forth in the accompanying memorandum in support, this Court should grant the United States' Motion to Revoke Bond, for Civil Contempt, to Disqualify Counsel for Government Witnesses, and to Enforce Protective Order.

**WHEREFORE**, the United States of America prays that this Honorable Court grant its Motion to Revoke Bond, for Civil Contempt, to Disqualify Counsel for Government Witnesses, and to Enforce Protective Order.

Respectfully submitted,

DUANE A. EVANS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA

GLENN S. LEON
CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

*<u>/s/ Sara E. Porter</u>*

Sara E. Porter (LA Bar #34190)
Justin M. Woodard (LA Bar #37924)
Gary A. Crosby II (D.C. Bar #1753814)
Trial Attorneys
Fraud Section
U.S. Department of Justice, Criminal Division
1400 New York Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 257-6770
sara.porter@usdoj.gov
justin.woodard@usdoj.gov
gary.crosby.ii@usdoj.gov

## CERTIFICATE OF SERVICE

I, Sara E. Porter, hereby certify that on June 3, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all counsel of record. I also served the foregoing upon N. Blake Peters, Esq. via electronic mail.

*/s/ Sara E. Porter*
Sara E. Porter
Trial Attorney