**From:** N. Blake Peters
**To:** Porter, Sara (CRM)
**Cc:** Woodard, Justin (CRM); Crosby II, Gary (CRM)
**Subject:** [EXTERNAL] Re: United States v. Adrian Talbot
**Date:** Saturday, June 1, 2024 9:03:15 PM

---

Sara,

[redacted] and the others simply want to make sure that all of their interests are protected. I know that the statute of limitations has passed, but I can understand their concern and the intimidating nature of something like this for a lay person, especially when they were named in the indictment as unindicted co-conspirators and some of the previous statements were taken before the statute of limitations tolled. That being said, she would like for me present when she speaks with you all. I am certain that Agent Silessi informed you, just like I did in my representation letter, that I'd be willing to reschedule the meeting, as I'm unavailable on the scheduled time Monday.

I was an almost 11-year ADA in both Orleans and St. Tammany, and just left the public sector in April. I have great respect for, and relationships with, law enforcement, so the last thing I'm trying to do is be an obstructionist. However, I now have a duty to my client to make sure that all of her rights are upheld through the process, especially since she was named in the indictment previously. That being said, I'm simply trying to not waste anyone's time on Monday.

Sent from my iPhone

> On Jun 1, 2024, at 10:29 AM, Porter, Sara (CRM) <Sara.Porter@usdoj.gov> wrote:
>
> Blake,
>
> Thank you for your email. I have also spoken with Special Agent Silessi.
>
> Please confirm by Monday, June 3, 2024, at 8:00 am that you have been retained and are being paid by Geri Broussard, the curatrix and wife of Adrian Dexter Talbot, M.D. and/or Dr. Talbot, the defendant in *United States v. Adrian Dexter Talbot, M.D.*, to represent [redacted], and [redacted] three witnesses whom the government intends to subpoena to testify at trial, and two of whom have previously willingly met with the government on numerous occasions.
>
> Please also confirm that, per your conversation with Special Agent Silessi, you intend to instruct [redacted] not to speak with the government at the meeting planned for June 3, 2024, despite that [redacted] is not a target of this investigation, and, in fact, the statute of limitations has run on any potential investigation into her conduct such that she has no Fifth Amendment exposure.
>
> I look forward to hearing from you.

Thanks,

**Sara E. Porter**
Trial Attorney
Gulf Coast Health Care Fraud Strike Force
Criminal Division, Fraud Section
U.S. Department of Justice
(202) 257-6778
sara.porter@usdoj.gov

---

**From:** N. Blake Peters <bpeters@burgoslawfirm.com>
**Sent:** Friday, May 31, 2024 11:44 AM
**To:** Division, Criminal (CRM) <Criminal.Division@usdoj.gov>; Porter, Sara (CRM) <Sara.Porter@usdoj.gov>; Crosby, Gary (USADC) <GCrosby@usa.doj.gov>; justin.woodward@usdoj.gov
**Subject:** [EXTERNAL] United States v. Adrian Talbot

All,

My name is Blake Peters and I am an attorney at Burgos & Associates. Please see my attached letter regarding my representation of [redacted]. Thank you.

Sincerely,

N. Blake Peters, Esq.
**Burgos & Associates, L.L.C.**
3535 Canal Street
New Orleans, LA 70119
Phone: (504) 488-3722
Fax: (504) 482-8525