**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | **CRIMINAL NO. 21-111** |
| **VERSUS** | * | **SECTION: "H"** |
| **ADRIAN DEXTER TALBOT, M.D.** | * | |

* * *

**GOVERNMENT'S REQUEST FOR TRIAL SUBPOENAS**

Please issue signed subpoenas as noted below, pursuant to Rules 17(a) and (c) of the Federal Rules of Criminal Procedure. I hereby certify that the number of subpoenas requested is in accordance with the Federal Rules of Criminal Procedure.

**SUBPOENAS TO TESTIFY AND/OR PRODUCE DOCUMENTS**

24 set for trial scheduled on July 8, 2024 .

Respectfully submitted,
DUANE A. EVANS
UNITED STATES ATTORNEY
EASTERN DISTRICT OF LOUISIANA

GLENN S. LEON
CHIEF
U.S. DEPARTMENT OF JUSTICE
CRIMINAL DIVISION, FRAUD SECTION

*<u>/s/ Sara E. Porter</u>*

Sara E. Porter (LA Bar #34190)
Justin M. Woodard (LA Bar #37924)
Gary A. Crosby II (D.C. Bar #1753814)
Trial Attorneys
Fraud Section
U.S. Department of Justice, Criminal Division
1400 New York Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 257-6770
sara.porter@usdoj.gov
justin.woodard@usdoj.gov
gary.crosby.ii@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2024, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all defense counsel of record.

*s/ Sara E. Porter*
Sara E. Porter
Trial Attorney